FILED MAR 14 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
MMC DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>ANA LAURA MOURET-ROMERO,<br><br>Defendant. | Case No. 18-mj-22829-WQH<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☒ the Court finds the defendant not guilty;

☒ of the offense(s) as charged in the Complaint:

8 U.S.C. 1325 Illegal Entry (misdemeanor)

Dated: 3/14/2019

Hon. William Q. Hayes
United States District Judge